IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LARRY BURKS                                                              PLAINTIFF

v.                          No. 4:24-cv-440-DPM

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                                       DEFENDANT

## JUDGMENT

Burks's complaint is dismissed with prejudice.

*[signature]*

D.P. Marshall Jr.
United States District Judge

16 July 2024